# EXHIBIT A

2013462-KL

## SET UP SHEET

CALLER Fine & Staud
ADDRESS

PHONE

RENTER Crowley Holding | Services
ADDRESS

PHONE

DRIVER William Carter
ADDRESS

PHONE

D/A 1/29/2018

A/R#

WITNESS
ADDRESS

PHONE

UNIT

LOCATION CODE

ACCIDENT LOCATION I-76 MM 292 Bowmansville, PA

CLAIMANT Julianne Trout

CLMT. ADDRESS

PHONE

ACCIDENT DESCRIPTION Lawsuit 1st Notice

CLAIMANT TYPE: (BI) PD PIP OTHER

INITIAL KW
DATE 3-12-2019
ASSIGNED KL

DATE ENTERED
ENTERED BY

INSTRUCTIONS Use 3/27/2019 Answer Date

2013462

3/12/19




FINE AND STAUD LLC

ATTORNEYS AT LAW
PERSONAL INJURY, WORKERS COMPENSATION, AND CIVIL LITIGATION

ROBERT P. FINE
DAVID W. FINE
DAVID M. SANSWEET
ROBIN A. FEENEY
FEEDA R. MUSITIEF*

1333 RACE STREET
PHILADELPHIA, PA 19107-1585
PHONE: (215) 665-0100
FAX: (215) 665-1393
E-MAIL: LAW@FINEANDSTAUD.COM
WEB: WWW.FINEANDSTAUD.COM

THEODORE C. LEVY*†
AMY S. SOLL
ANDREW P. ROSEN*
PATRICK M. BLAIR

LOUIS SAMUEL FINE (DECEASED)
ALOYSIUS J. STAUD (DECEASED)

*ALSO MEMBER OF NEW JERSEY BAR
†LL.M. IN TRIAL ADVOCACY


March 7, 2019

**VIA CERTIFIED MAIL**
Ryder Truck Rental
3100 Industrial Parkway
Jeffersonville, IN 47130

**RE: Julianne F. Trout v. William C. Carter, Jr., et al**
**March Term, 2019, No. 747**

Dear Sir or Madam:

Please be advised that your company has been sued in the Court of Common Pleas of Philadelphia County. Enclosed please find a copy of the Civil Action Complaint which you have twenty (20) days to file an answer from the date of this letter. I suggest that you forward these documents to your attorney as soon as possible.

Should you have any questions or concerns, please feel free to contact me immediately.

Very truly yours,

FINE AND STAUD LLC

THEODORE C. LEVY, ESQUIRE

TCL/elc

Enclosure

Certified Receipt No. 7017 2680 0000 5720 6922

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
MARCH 2019 000747
E-Filing Number: 1903012186

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| JULIANNE F. TROUT | WILLIAM C. CARTER JR |
| PLAINTIFF'S ADDRESS: 16 CHERRY STREET PHOENIXVILLE PA 19460 | DEFENDANT'S ADDRESS: 48 SOUTH DUPONT ROAD CARNEY'S POINT NJ 08069 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME: CROWLEY SERVICES |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS: 1001 LANCASTER AVENUE BERWYN PA 19312 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME: CROWLEY HOLDINGS LLC |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS: 1001 LANCASTER AVENUE BERWYN PA 19312 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 6 | [X] Complaint [ ] Petition Action [ ] Notice of Appeal [ ] Writ of Summons [ ] Transfer From Other Jurisdictions |

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [X] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [X] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
MAR 06 2019
A. SILIGRINI

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: JULIANNE F TROUT

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| THEODORE C. LEVY | FINE AND STAUD LLC 1333 RACE STREET PHILADELPHIA PA 19107 |
| PHONE NUMBER: (215)665-0100 FAX NUMBER: (215)665-1393 | |
| SUPREME COURT IDENTIFICATION NO.: 311794 | E-MAIL ADDRESS: tlevy@fineandstaud.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY: *THEODORE LEVY* | DATE SUBMITTED: Wednesday, March 06, 2019, 03:50 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. WILLIAM C. CARTER JR
   48 SOUTH DUPONT ROAD
   CARNEY'S POINT NJ 08069
2. CROWLEY SERVICES
   1001 LANCASTER AVENUE
   BERWYN PA 19312
3. CROWLEY HOLDINGS LLC
   1001 LANCASTER AVENUE
   BERWYN PA 19312
4. CROWLEY HOLDINGS INC
   9487 REGENCY SQUARE BOULEVARD
   JACKSONVILLE FL 32225
5. RYDER TRUCK RENTAL
   3100 INDUSTRIAL PARKWAY
   JEFFERSONVILLE IN 47130
6. RYDER TRUCK RENTAL, INC
   11690 NW 105TH STREET
   MEDLEY FL 33178

FINE AND STAUD, LLC
BY: Theodore C. Levy, Esquire
Attorney I.D.: 311794
BY: Amy S. Soll, Esquire
Attorney I.D.: 63039
1333 RACE STREET
PHILADELPHIA, PA 19107-1585
215-665-0100
tlevy@fineandstaud.com
asoll@fineandstaud.com

ATTORNEYS FOR PLAINTIFF

Filed and Attested by the
Office of Judicial Records
06 MAR 2019 03:50 pm
A. SILIGRINI

ASSESSMENT OF DAMAGES HEARING IS REQUIRED

MAJOR JURY

| | | |
|---|---|---|
| JULIANNE F. TROUT<br>16 Cherry Street<br>Phoenixville, PA 19460<br><br>V.<br><br>WILLIAM C. CARTER JR.<br>48 South DuPont Road<br>Carney's Point, NJ 088069-2208<br>&<br>CROWLEY SERVICES<br>1001 Lancaster Avenue<br>Berwyn, PA 19312<br>&<br>CROWLEY HOLDINGS, LLC<br>1001 Lancaster Avenue<br>Berwyn, PA 19312<br>&<br>CROWLEY HOLDINGS, INC.<br>9487 Regency Square Boulevard<br>Jacksonville, FL 32225<br>&<br>RYDER TRUCK RENTAL<br>3100 Industrial Parkway<br>Jeffersonville, IN 47130<br>&<br>RYDER TRUCK RENTAL, INC.<br>11690 NW 105th Street<br>Medley, FL 33178-1103 | : | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>MARCH TERM 2019<br><br>NO.<br><br>**JURY TRIAL DEMANDED** |

**NOTICE TO PLEAD**

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by

AVISO

"Le hand demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de

entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.

You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral & Information Service
1101 Market Street, 11th Floor
Philadelphia, PA 19107
(215) 238-6333 TTY# (215) 451-6197

plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E. Informacion
1101 Market Street, 11th Floor
(215) 238-6333 TTY# (215) 451-6197

FINE AND STAUD, LLC
BY: Theodore C. Levy, Esquire
Attorney I.D.: 311794
BY: Amy S. Soll, Esquire
Attorney I.D.: 63039
1333 RACE STREET
PHILADELPHIA, PA 19107-1585
215-665-0100
tlevy@fineandstaud.com
asoll@fineandstaud.com

ATTORNEYS FOR PLAINTIFF

ASSESSMENT OF DAMAGES HEARING IS REQUIRED

MAJOR JURY

| | |
|---|---|
| JULIANNE F. TROUT<br>16 Cherry Street<br>Phoenixville, PA 19460<br><br>V.<br><br>WILLIAM C. CARTER JR.<br>48 South DuPont Road<br>Carney's Point, NJ 088069-2208<br>&<br>CROWLEY SERVICES<br>1001 Lancaster Avenue<br>Berwyn, PA 19312<br>&<br>CROWLEY HOLDINGS, LLC<br>1001 Lancaster Avenue<br>Berwyn, PA 19312<br>&<br>CROWLEY HOLDINGS, INC.<br>9487 Regency Square Boulevard<br>Jacksonville, FL 32225<br>&<br>RYDER TRUCK RENTAL<br>3100 Industrial Parkway<br>Jeffersonville, IN 47130<br>&<br>RYDER TRUCK RENTAL, INC.<br>11690 NW 105th Street<br>Medley, FL 33178-1103 | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>MARCH TERM 2019<br><br>NO.<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT IN CIVIL ACTION**
**2V/MOTOR VEHICLE**

**I: PARTIES**

1. Plaintiff, Julianne F. Trout, is an adult individual residing at the above stated address.

2. Defendant, William C. Carter, Jr. is an adult individual residing at the above stated address.

3. Defendant, Crowley Services, is a corporation or other business entity with offices at the above stated address that regularly conducts business Philadelphia County, Commonwealth of Pennsylvania.

4. Defendant, Crowley Holdings, LLC, is a limited liability company or other business entity with offices at the above stated address that regularly conducts business Philadelphia County, Commonwealth of Pennsylvania.

5. Defendant, Crowley Holdings, Inc., is a corporation or other business entity with offices at the above stated address that regularly conducts business Philadelphia County, Commonwealth of Pennsylvania.

6. Defendant, Ryder Truck Rental, is a corporation or other business entity with offices at the above stated address that regularly conducts business Philadelphia County, Commonwealth of Pennsylvania.

7. Defendant, Ryder Truck Rental, Inc. is a corporation or other business entity with offices at the above stated address that regularly conducts business Philadelphia County, Commonwealth of Pennsylvania.

8. At all times relevant, Defendant, William C. Carter Jr. was acting as the agent of and on behalf of Defendants, Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc. and Defendants were acting by and through their agent, Defendant William C. Carter, Jr. who at all times was acting within the course and scope of his agency and on behalf of Defendants Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc., in the operation of Defendants' vehicle, and Defendants Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental,

and Ryder Truck Rental, Inc. are vicariously liable for the negligent operation of their vehicle by William C. Carter, Jr.

## II. JURISDICTION AND VENUE

9. Jurisdiction and Venue are proper in the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania in that Defendants regularly conduct business in Philadelphia County, Commonwealth of Pennsylvania, and this crash occurred in Pennsylvania.

## III: OPERATIVE FACTS

10. On or about January 29, 2018, at approximately 5:20 am, Plaintiff was operating a motor vehicle traveling in the left lane of Interstate 76 ("I-76"), at or near mile marker 292, in Bowmansville, Pennsylvania.

11. At the aforementioned time, Defendant, William C. Carter, Jr., was the driver and operator of a tractor trailer, owned by Defendants, Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc., traveling in the right lane of I-76 at or near mile marker 292, in Bowmansville, Pennsylvania.

12. At the aforementioned time, the right side double wheels dislodged from Defendants' vehicle, crashing into Plaintiff's vehicle with great force.

13. Following the collision the police investigation noticed a mechanical failure in the trailer axle of Defendants' vehicle which caused the wheel to become dislodged.

14. As a direct and proximate result of the negligence and carelessness of Defendants, Plaintiff sustained serious and permanent injuries which caused a substantial impairment of bodily function. Plaintiff's injuries include without limitation, injuries to her muscles, tendons, discs, ligaments, neck, back, left shoulder, right knee, head, left shoulder sprain and strain, traumatic impingement syndrome to the left shoulder, rotator cuff tendinitis to the left shoulder, partial thickness tear of the

supraspinatus in the left shoulder, requiring shoulder surgery, cervical disc bulges at C3-4, C4-5, C5-6, and C6-7, annular tears at C2-3 and C3-4, cervical radiculopathy, lumbar sprain and strain, thoracic sprain and strain, concussion, post-concussion syndrome, mild traumatic brain injury, dizziness, concussion related insomnia, concussion related vision disorders, increased stress and anxiety, post-traumatic stress disorder, and aggravation of preexisting conditions if any, all or some of which are or may be permanent. Plaintiff also makes claim for such injuries, damages and consequences of which she has no present knowledge.

15. As a further result of this accident, Plaintiff has been or will be obliged to receive and undergo medical attention and care and to expend various sums of money and/or to incur various expenses for the injuries she has suffered and she may be obliged to continue to expend such sums or incur such expenditures for an indefinite time in the future.

16. As a further result of this accident, Plaintiff has suffered a severe loss of her earnings and of her earning capacity and power.

17. As a direct and reasonable result of this accident, Plaintiff has or may hereafter incur financial expenses or losses which do or may exceed amounts she may otherwise be entitled to receive.

18. As a further result of this accident, and by reason of the injuries as aforesaid, Plaintiff has suffered and in the future may continue to suffer great pain and agony, mental anguish and humiliation and has been, and may in the future, be hindered from attending to her daily duties, function and occupation, to her great detriment and loss.

19. Plaintiff is deemed to have full tort with the right to recover her economic and non-economic damages for the following reasons:

a. The injuries she sustained amount to serious bodily injury which caused a serious impairment of bodily function;

b. The truck that struck Plaintiff was registered out of state; and

c. Plaintiff selected full tort on her automobile coverage.

**COUNT I**
**NEGLIGENCE**
**JULIANNE F. TROUT V. WILLIAM C. CARTER, JR., CROWLEY SERVICES, CROWLEY HOLDINGS, LLC, CROWLEY HOLDINGS, INC., RYDER TRUCK RENTAL, AND RYDER TRUCK RENTAL, INC.**

20. The averments of all preceding paragraphs are incorporated by reference as though fully set forth herein.

21. The aforesaid collision was caused by the individual negligence and carelessness of each Defendant, and/or by the joint and several negligence, carelessness, and recklessness of the Defendants and/or by conduct of Defendant, William C. Carter, Inc., acting as the agent on behalf of Defendants Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc., and includes but is not limited to the following:

a. Failing to keep a reasonable and proper lookout for other vehicles operating on the highway;

b. Operating said motor vehicle at a high, excessive, imprudent and unsafe rate of speed under the circumstances and prevailing conditions in violation of 75 Pa. C.S.A. §3361, for which Defendant was cited at the accident scene;

c. Operating the vehicle in excess of maximum speed limits in urban districts or in excess of posted speed limits in violation of 75 Pa. C.S.A. §3362;

d. Failing to have and maintain the said motor vehicle under proper and adequate control under the circumstances so that it could stop without endangering other vehicles on the road;

e. Driving in careless disregard for the safety of others, in violation of 75 Pa. C.S.A. §3714;

f. Driving in reckless disregard for the safety of others, in violation of 75 Pa. C.S.A. §3714;

g. Failing to properly maintain the truck, causing a mechanical failure;

h. Failing to properly repair the truck, causing a mechanical failure;

i. Failing to properly secure the wheels to the truck so that they would not dislodge when the truck was being driven;

j. Failure to properly inspect the wheels and axles prior to bringing the truck on the road;

k. Failing to implement policies and procedures regarding inspections, repairs, and maintenance of the trucks, especially including the wheels and axles;

l. Negligent hiring and supervision of employees;

m. Negligent training of employees;

n. Allowing truck wheels to become dislodged and strike Plaintiff's vehicle; and

o. Negligence per se for, inter alia, violating the above enumerated cited and other statutes of Pennsylvania relating to the operation of motor vehicles on the streets and highways; and

22. Defendants knew or should have known that operating a tractor trailer that was not properly maintained and repaired could cause others on the road to suffer serious injuries or death.

23. Defendants knew or should have known that operating a tractor trailer that was not properly inspected could cause others on the road to suffer serious injuries or death.

24. Defendants knew or should have known that failing to properly maintain the wheels and axles of their vehicles could cause others on the road to suffer serious injuries or death.

25. Defendant's actions demonstrate recklessness and malice to Plaintiff's health and well being.

26. By driving a vehicle that Defendants knew or had reason to know was unsafe, the Defendants demonstrated recklessness, creating an unreasonable risk of physical harm to Plaintiff and others similarly situated.

27. Punitive damages are necessary in order to punish Defendants for their recklessness and malice, as well as deterring Defendants from acting in this manner in the future

28. As a direct and proximate result of Defendants' reckless and willful disregard for the rights and safety of the public, and in more particular Plaintiff, Julianne F. Trout, Plaintiff suffered serious and permanent injuries as described above.

WHEREFORE, Plaintiff, Julianne F. Trout, hereby requests this Honorable Court to enter judgment in her favor and against Defendants, William C. Carter, Jr., Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc., individually, jointly, severally, and vicariously, in a sum greater than $50,000.00 plus interest, delay damages, and costs of suit.

**COUNT II**
**NEGLIGENT ENTRUSTMENT**
**JULIANNE F. TROUT V. CROWLEY SERVICES, CROWLEY HOLDINGS, LLC, CROWLEY HOLDINGS, INC., RYDER TRUCK RENTAL, AND RYDER TRUCK RENTAL, INC.**

29. The averments of all preceding paragraphs are incorporated by reference as though fully set forth herein.

30. At the time of the collision set forth above, Defendant William C. Carter, Jr. was acting as the agent of Defendants Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc. and was acting in the interests of and on behalf of Defendants Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc.

31. Accordingly, Defendants Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc. is vicariously liable for the conduct of their agent, Defendant, William C. Carter, Jr., as detailed above.

32. Defendants Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc. was further negligent and careless in entrusting their vehicle to an operator whom they knew or should have known was unqualified and/or incapable of safe operation of the vehicle entrusted to him.

33. Defendants were further negligent in their hiring, supervision, and training of William C. Carter, Jr.

34. As a direct and proximate result of the negligent entrustment of the vehicle, Plaintiff sustained the injuries mentioned above.

**WHEREFORE**, Plaintiff, Julianne F. Trout, hereby requests this Honorable Court to enter judgment in her favor and against Defendants, Crowley Services, Crowley Holdings, LLC, Crowley Holdings, Inc., Ryder Truck Rental, and Ryder Truck Rental, Inc., individually, jointly, severally, and vicariously, in a sum greater than $50,000.00 plus interest, delay damages, and costs of suit.

Respectfully Submitted,

FINE AND STAUD, LLC

BY: ______________________
THEODORE C. LEVY, ESQUIRE
AMY S. SOLL, ESQUIRE
Attorneys for Plaintiff

DATE: 3/6/19

VERIFICATION

I, Julianne Trout, hereby state that I am the **PLAINTIFF** in this matter; that the averments contained in the foregoing **COMPLAINT**

are true and correct to the best of my knowledge, information and belief, and further that this statement is made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification.

Julianne Trout

DATE: 3/6/19

**Jodie A. Bennett**

| | |
|---|---|
| **From:** | Jodie A. Bennett on behalf of Ryder Claims |
| **Sent:** | Tuesday, March 12, 2019 8:13 AM |
| **To:** | James M. Reedy |
| **Cc:** | Mike Roy |
| **Subject:** | SUIT Julianne Trout FW: LEGAL [1] |
| **Attachments:** | img-190312073704-0001.pdf; img-190312073704-0002.pdf; img-190312073704-0003.pdf; img-190312073704-0004.pdf |

Ryder National Liab Claims Office
PO Box 2377
Centennial CO 80161
PH# 303.795.2182
FAX# 800.677.8988

**From:** Pamela L. Ewersmann
**Sent:** Tuesday, March 12, 2019 6:41 AM
**To:** Ryder Claims <ryder_claims@ryder.com>
**Subject:** LEGAL [1]

Pamela Nally
Senior Rental Sales Representative
3100 Industrial Parkway
Jeffersonville, IN 47130
812.288.0924 Ext 17
812.283.1287 Fax

---

**From:** 0114_Rental@ryder.com <0114_Rental@ryder.com>
**Sent:** Tuesday, March 12, 2019 8:28 AM
**To:** Pamela L. Ewersmann
**Subject:** Scan Data from [XRX9C934E266F25][1]

The information contained in this electronic communication and any accompanying document is confidential, may be
attorney-client privileged, and is intended only for the use of the addressee. It is the property of Ryder System, Inc. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return
email, and destroy this communication and all copies of it, including all attachments. Electronic communication

may be susceptible to data corruption, interception and unauthorized tampering and Ryder disclaims all liability
of any kind for such actions or any consequences that may arise directly or indirectly therefrom.